IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CALVIN CARLOS CAMPBELL,
    Petitioner,

vs.                              Case No. 3:13cv12/LC/CJK

FLORIDA PAROLE COMMISSION, et al.,
    Respondents.

## REPORT AND RECOMMENDATION

This habeas case filed under 28 U.S.C. § 2254 is before the Court upon petitioner's notice of voluntary dismissal. (Doc. 6). Respondent has not been served and consequently has not filed an answer. Petitioner has an absolute right to a voluntary dismissal without prejudice. *See* Fed. R. Civ. P. Rule 41(a)(1) (providing that a petitioner/plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, and that such dismissal is without prejudice).

Accordingly, it is respectfully RECOMMENDED:

1. That the petition for writ of habeas corpus (doc. 1) be DISMISSED WITHOUT PREJUDICE.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 8th day of February, 2013.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**


NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).