IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CALVIN CARLOS CAMPBELL,
    Petitioner,

vs.                                       Case No. 3:13cv12/LAC/CJK

FLORIDA PAROLE COMMISSION, et al.,
    Respondents.
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 8, 2013. (Doc. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed..

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1) is DISMISSED WITHOUT PREJUDICE.

3. The clerk is directed to close the file.

DONE AND ORDERED this 15th day of March, 2013.

      s/*L.A. Collier*
      LACEY A. COLLIER
      SENIOR UNITED STATES DISTRICT JUDGE